# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142545(58)
142547

MONA LISA FRAZIER,
        Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellant.

_____

SC: 142545
COA: 292149
Macomb CC: 2006-003787-NF

MONA LISA FRAZIER,
        Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellant.

_____

SC: 142547
COA: 293904
Macomb CC: 2006-003787-NF

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing her supplemental brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk